

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,666-06

### EX PARTE MICHAEL WATTS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 32388B-422 IN THE 422ND DISTRICT COURT
### FROM KAUFMAN COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of continuous sexual abuse of a child and sentenced to thirty years' imprisonment. The Fifth Court of Appeals dismissed his appeal. *Watts v. State*, No. 05-15-01336-CR (Tex. App.—Dallas Dec. 22, 2015) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In his first and second grounds, Applicant contends that because of COVID-19, his sentence is excessive and prison conditions pose a risk to his health. These grounds are denied. Applicant's remaining grounds are dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. Accordingly, this application is denied in part and dismissed in part.

Filed:        September 16, 2020
Do not publish